**Karen KELLY, on Behalf of Joanne COGGINS, pro se, Plaintiff–Appellant,**

v.

**UNIVERSITY HEALTH SYSTEMS; Duplin General Hospital, Defendants–Appellees.**

**No. 11–1774.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 22, 2011.

Karen Kelly, Appellant Pro Se. John D. Martin, Carolyn Pratt, Cranfill, Sumner & Hartzog, LLP, Wilmington, North Carolina, for Appellees.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Kelly, on behalf of Joanne Coggins, appeals the district court's order denying her motion for leave to amend and for appointment of counsel, which were filed in her underlying Emergency Medical Treatment and Active Labor Act action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. Univ. Health Sys.*, No. 7:11–cv–00024–FL (E.D.N.C. June 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*